# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL CASE

CASE NO.: **13-CV-21673 Lenard**

RICHARD CORDERO

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, L.L.C., TRANS UNION LLC, AND CAPITAL ONE BANK USA, N.A.

    Defendants.
_____/

TO:    CAPITAL ONE BANK USA, N.A.
        CORPORATION SERVICE COMPANY, REGISTERED AGENT
        1111 EAST MAIN STREET, 16TH FLOOR
        RICHMOND, VA  23219

        YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

Militzok & Levy, P.A.<br>
The Yankee Clipper Law Center<br>
3230 Stirling Road, Suite 1<br>
Hollywood, Florida 33021

An answer to the Complaint which is herewith served upon you, within <u>twenty-one (21)</u> days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.  You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

DATE:__**MAY 9, 2013**_____



Steven M. Larimore
Clerk of Court

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts